

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

January 10, 2024

**VIA ECF**

The Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>SEC v. Mmobuosi, et al.,</u> **No. 23 Civ. 10928 (JMF)**

Dear Judge Furman:

    Plaintiff Securities and Exchange Commission (the "SEC") respectfully submits this letter, jointly with Defendants, to update the Court following the December 18, 2023 teleconference in the above-referenced matter (the "Hearing") and the parties' December 28, 2023 status letter.

    As directed, counsel for the SEC has continued its attempts to confer with counsel appearing on behalf of the Defendants at the Hearing ("Defense Counsel") regarding the need for discovery and a proposed schedule in advance of a preliminary injunction hearing, if any. Defense Counsel advised that although they have made progress since the parties last updated the Court, Defendants still need additional time to work through the representation issues described to the Court at the Hearing. Mr. Horowitz advised that assuming some financial issues are resolved, he expects Greenberg Traurig will be in a position to file an appearance on behalf of Tingo Group, Inc. and that within two weeks, all Defendants will have been able to retain counsel and be in a position to confer with SEC counsel on a discovery and briefing schedule (if any) and/or whether to consolidate any preliminary injunction hearing with a trial on the merits under Fed. R. Civ. P. 65(a)(2). Defendants consent to an extension of the Temporary Restraining Order (Dkt. No. 14) while counsel continues to work through these representation issues. *See* Fed. R. Civ. P. 65(b)(2).

    In light of the above, the parties respectfully request that the Court set a new deadline of January 24, 2024 for their proposal of a discovery and briefing schedule in advance of any preliminary injunction hearing, and that the Temporary Restraining Order remain in place in the interim.

    Respectfully submitted,

    <u>/s/ David Zetlin-Jones / Michael S. DiBattista</u>
    David Zetlin-Jones / Michael S. DiBattista
    Counsel to SEC

Hon. Jesse M. Furman
January 10, 2024
Page 2

/s/ Robert Horwitz / Kenneth Denos
Robert Horwitz / Kenneth Denos
On Behalf of Defendants

cc: Counsel of record (by ECF)
Robert Horowitz (HorowitzR@gtlaw.com)
Kenneth Denos (kdenos@denoslaw.com)