AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York  ▼

|  |  |
|---|---|
| Securities and Exchange Commission <br><br><br>_____<br> *Plaintiff(s)* <br> v. <br> Mmobuosi Odogwu Banye (a/k/a Dozy Mmobuosi), Tingo Group, Inc., Agri-Fintech Holdings, Inc. (f/k/a Tingo Inc.), and Tingo International Holdings, Inc. <br>_____<br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Civil Action No. 23 Civ. 10928 (JMF) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Mmobuosi Odogwu Banye (a/k/a Dozy Mmobuosi)
64 Eccleston Square
London SW1V 1PH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Securities and Exchange Commission
C/O Michael DiBattista
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                     *Signature of Clerk or Deputy Clerk*