## Return of Service

**UNITED STATES DISTRICT COURT**
**Southern District of New York**

Securities and Exchange Commission
   Plaintiff

Case Number: 1:23-cv-10928

vs.

Mmobuosi Odogwu Banye; et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Tingo International Holdings, Inc., Registered Agent: Connecticut Secretary of State, at 1 Stamford Plaza, 263 Tresser Blvd, 9th Floor, Stamford, CT 06901.

I, Carl Schultz, being duly sworn, depose and say that on January 30, 2024 at or about 8:27 AM I served Summons & Complaint personally to Nicole "Doe" as authorized recipient for the Connecticut Secretary of State, statutory agent of Tingo International Holdings, Inc.. Service occurred at 165 Capitol Ave., Hartford, CT 06115.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  2/1/24
Carl Schultz                Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2024-119137
Reference: 24-NYRO-029