

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

February 7, 2024

**VIA ECF**

The Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>SEC v. Mmobuosi, et al.</u>, No. 23 Civ. 10928 (JMF)

Dear Judge Furman:

    Plaintiff Securities and Exchange Commission (the "SEC") and Defendants respectfully submit this letter pursuant to the Court's January 25, 2024 Order (Dkt. No. 36).

    Defendants continue to address the funding and representation issues described at the December 18, 2023 hearing (the "Hearing") and in the parties' prior status letters, but have been unable to resolve them to date. The parties have, accordingly, been unable to confer regarding a discovery plan and are not in a position to jointly propose a schedule for further proceedings.

    Counsel for the SEC and counsel from Greenberg Traurig, LLP (who attended the Hearing on behalf of Defendants Tingo Group, Inc. and Mmobuosi) are prepared to discuss these matters more fully with the Court at the teleconference scheduled for February 9, as well as a potential schedule for further proceedings in light of the unresolved status of Defendants' representation.

    Respectfully submitted,

    <u>/s/ David Zetlin-Jones / Michael S. DiBattista</u>
    David Zetlin-Jones / Michael S. DiBattista
    Counsel to SEC

    <u>/s/ Robert Horwitz / Kenneth Denos</u>
    Robert Horwitz / Kenneth Denos
    On Behalf of Defendants

cc:    Counsel of record (by ECF)
    Robert Horowitz (HorowitzR@gtlaw.com)
    Kenneth Denos (kdenos@denoslaw.com)