UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
: 23-CV-10928 (JMF)
-v- :
: ORDER
MMOBUOSI ODOGWU BANYE (a/k/a DOZY :
MMOBUOSI) et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Defendants' deadline to file any opposition to the SEC's motion for a preliminary injunction is extended to **Friday, March 8, 2024**; the SEC shall file any reply by **Friday, March 15, 2024**. In their papers, the parties should address whether there is a need for any discovery or an evidentiary hearing.

- The Temporary Restraining Order is extended through and including March 15, 2024.

The SEC shall, no later than **February 12, 2024**, serve a copy of this Order on Defendants and/or their counsel by email and file proof of such service on the docket.

SO ORDERED.

Dated: February 9, 2024
New York, New York

_____
JESSE M. FURMAN
United States District Judge