UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>         -against-<br><br>MMOBUOSI ODOGWU BANYE (a/k/a DOZY MMOBUOSI), TINGO GROUP, INC., AGRI-FINTECH HOLDINGS, INC. (f/k/a TINGO INC.), and TINGO INTERNATIONAL HOLDINGS, INC.,<br><br>                              Defendants, | 1:23-cv-10928 (JMF) |

NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT MMOBUOSI

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law, the Declaration of Michael DiBattista and exhibits attached thereto, and the Declaration of Matthew Greiner, Plaintiff Securities and Exchange Commission will move this Court, before Hon. Jesse M. Furman, at the federal courthouse located at 500 Pearl Street, New York, New York, 10007, on a date to be set by the Court, for an order pursuant to Rule 4(f) of the Federal Rules of Civil Procedure, permitting alternative service of the summons and complaint on Defendant Mmobuosi Odogwu Banye (a/k/a Dozy Mmobuosi).

Dated:  New York, New York
             May 10, 2024

                                                      SECURITIES AND EXCHANGE COMMISSION

                                                      By:     /s/ David Zetlin-Jones
                                                              David Zetlin-Jones
                                                              Michael DiBattista
                                                              New York Regional Office
                                                              100 Pearl Street, Suite 20-100
                                                              New York, NY 10004
                                                              (212) 336-0978 (Zetlin-Jones)
                                                              zetlinjonesj@sec.gov