UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          -against-<br><br>MMOBUOSI ODOGWU BANYE (a/k/a DOZY MMOBUOSI), TINGO GROUP, INC., AGRI-FINTECH HOLDINGS, INC. (f/k/a TINGO INC.), and TINGO INTERNATIONAL HOLDINGS, INC.,<br><br>                    Defendants, | 1:23-cv-10928 (JMF) |

## CLERK'S CERTIFICATE OF DEFAULT

I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that (a) this action was commenced on December 18, 2023 with the filing of a complaint, (b) a copy of the summons and complaint was served on defendant Tingo International Holdings, Inc. by a process server through an authorized recipient for the Connecticut Secretary of State, TIH's statutory agent for service of process, and proof of service was therefore filed on February 5, 2024, Doc. #37, (c) a copy of the summons and complaint was served on defendant Mmobuosi Odogwu Banye (a/k/a Dozy Mmobuosi) by alternative means of service authorized by the Court's May 21, 2024 Order, Doc. #55, and proof of service was therefore filed on May 24, 2024, Doc. #s 56–58, and (d) service of the summons and complaint were waived by defendants Tingo Group, Inc. and Agri-Fintech Holdings, Inc. (f/k/a Tingo Inc.), and proof of such waivers of service were therefore filed on January 25, 2024, Doc. #s 34–35.

I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The defaults of the defendants are hereby noted.

Dated: _____, 2024

       New York, New York

                                          DANIEL ORTIZ
                                          Acting Clerk of Court

                                          By: _____
                                                        Deputy Clerk