UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  -against-<br><br>MMOBUOSI ODOGWU BANYE (a/k/a DOZY MMOBUOSI), TINGO GROUP, INC., AGRI-FINTECH HOLDINGS, INC. (f/k/a TINGO INC.), and TINGO INTERNATIONAL HOLDINGS, INC.,<br><br>        Defendants, | 1:23-cv-10928 (JMF) |

### REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANTS

To: Daniel Ortiz, Acting Clerk of Court
   United States District Court
   Southern District of New York

Please enter the default of Defendants Mmobuosi Odogwu Banye (a/k/a Dozy Mmobuosi), Tingo Group, Inc., Agri-Fintech Holdings, Inc., and Tingo International Holdings, Inc. pursuant to Federal Rule of Civil Procedure 55(a) for failure to plead or otherwise defend this action, as demonstrated by the court file in this action and the attached declaration of David Zetlin-Jones.

Dated: June 18, 2024

                Respectfully submitted,

                SECURITIES AND EXCHANGE COMMISSION,

                <u>/s/ *David Zetlin-Jones*</u>
                David Zetlin-Jones / Michael DiBattista
                Securities and Exchange Commission, NY Regional Office
                100 Pearl Street
                New York, NY 10004
                (212) 336-0978 / zetlinjonesj@sec.gov (Zetlin-Jones)