

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

August 9, 2024

**VIA ECF**

The Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: **SEC v. Mmobuosi, et al., No. 23 Civ. 10928 (JMF)**

Dear Judge Furman:

  Pursuant to Rule 3.C of Your Honor's Individual Rules of Practice, I write respectfully to request leave from appearing at the scheduled August 28, 2024 teleconference concerning Plaintiff Securities and Exchange Commission's ("SEC's") application for default judgment, during which time I will be out of the country on a long-planned family vacation. *See* Dkt. 72. My co-counsel, Michael DiBattista, who was the primary counsel in the SEC's investigation leading to the initiation of this action, and who has participated in all proceedings in this litigation, is available to appear on the SEC's behalf and answer any questions the Court may have regarding the SEC's application.

          Respectfully submitted,

          /s/ David Zetlin-Jones
           David Zetlin-Jones
           Counsel to SEC