

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

August 19, 2024

**VIA ECF**

The Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *SEC v. Mmobuosi, et al.*, No. 23 Civ. 10928 (JMF)

Dear Judge Furman:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter to notify the Court of correspondence received on August 15, 2024 from Dakshesh Patel, the Executive Director and Chief Financial Officer for unrepresented corporate defendant Agri-Fintech Holdings, Inc. ("Agri-Fintech"). Mr. Patel requested that the SEC bring the enclosed letter to the Court's attention for consideration in connection with the SEC's pending motion for default judgment (the "Motion"). (Dkt. 67). The letter confirms that Agri-Fintech is in default and will not be appearing through counsel in this action, and the SEC stands by the arguments made in support of the Motion and the relief requested therein. As none of the defendants have entered an appearance or filed an opposition to the Motion by their August 16 deadline, the SEC respectfully requests that the Court enter the SEC's Proposed Default Judgment (Dkt. 71) against all defendants as unopposed.

                      Respectfully submitted,

                      /s/ David Zetlin-Jones / Michael S. DiBattista
                      David Zetlin-Jones / Michael S. DiBattista
                      Counsel to SEC

Encl.